```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DONNA L. CALVERT, IL SBN 6191786
    Acting Regional Chief Counsel, Region IX
 3  Social Security Administration
    DAVID W. LERCH, CA SBN 229411
 4  Special Assistant United States Attorney
            333 Market Street, Suite 1500
 5          San Francisco, California 94105
            Telephone: (415) 977-8936
 6          Facsimile: (415) 744-0134
            E-Mail: David.Lerch@ssa.gov
 7
    Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| KAREN DENICE EDMONDSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL NO. 2:11-cv-01843-GGH <br><br> STIPULATION AND ORDER TO EXTEND TIME TO FILE DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment.

Counsel for Defendant respectfully requests an extension of time due to his workload, which includes other district court briefs, as well as substantive non-litigation matters.

The current due date is January 18, 2012. The new due date will be February 17, 2012.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

/////

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: January 13, 2012 | /s/*Ann Cerney* <br> (As authorized via email) <br> Ann Cerney <br> Attorney for Plaintiff |
| Dated: January 13, 2012 | BENJAMIN B. WAGNER <br> United States Attorney <br> DONNA L. CALVERT <br> Acting Regional Chief Counsel, Region IX <br> Social Security Administration |
| | /s/ *David Lerch* <br> DAVID LERCH <br> Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

ORDER

APPROVED AND SO ORDERED.

DATED: January 17, 2012

  /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

2 - Stip & Order Extending Def's Time