1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT, IL SBN 6191786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   DAVID W. LERCH, CA SBN 229411
4  Special Assistant United States Attorney
       333 Market Street, Suite 1500
5      San Francisco, California 94105
       Telephone: (415) 977-8936
6      Facsimile: (415) 744-0134
       E-Mail: David.Lerch@ssa.gov
7
   Attorneys for Defendant
8
                         UNITED STATES DISTRICT COURT
9
                        EASTERN DISTRICT OF CALIFORNIA
10
                              **SACRAMENTO DIVISION**
11

12 KAREN DENICE EDMONDSON,        )
                                  )  CIVIL NO. 2:11-cv-01843-GGH
13      Plaintiff,                )
                                  )
14            v.                  )  STIPULATION AND ORDER TO EXTEND
                                  )  TIME TO FILE DEFENDANT'S CROSS-
15 MICHAEL J. ASTRUE,             )  MOTION FOR SUMMARY JUDGMENT
   Commissioner of                )
16 Social Security,               )
                                  )
17      Defendant.                )
   _____ )
18

19

20     The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

21 attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's

22 motion for summary judgment.

23     Counsel for Defendant respectfully requests an extension of time due to his workload, which

24 includes other district court briefs, as well as substantive non-litigation matters.

25     The current due date is January 18, 2012. The new due date will be February 17, 2012.

26     The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

27 /////

28

Respectfully submitted,

Dated: January 13, 2012

/s/*Ann Cerney*
(As authorized via email)
Ann Cerney
Attorney for Plaintiff

Dated: January 13, 2012

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/ *David Lerch*
DAVID LERCH
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: January 17, 2012

  /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE