IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAREN DENICE EDMONDSON,

     Plaintiff,                       CIV S-11-1843 GGH

     vs.

MICHAEL J. ASTRUE,                  ORDER
Commissioner of Social Security,

     Defendant.
_____/

     Presently under submission are the parties' cross-motions for summary judgment. A review of the motions and the record indicates that further briefing on the issue of whether plaintiff meets Listing 7.02 is required.

     The ALJ based her finding that plaintiff's menorrhagia and anemia were not to be considered[1] because plaintiff was "non-compliant with medication and treatment." (Tr. at 21.) The ALJ discussed at length the recommendations by physicians that plaintiff follow up with a gynecologist, and that although a hysterectomy was considered by practitioners, plaintiff failed to schedule this surgery or even obtain gynecological treatment for the cause of her anemia. (Id.)

\\\\\

---

[1] The ALJ did not analyze whether plaintiff met the listing for chronic anemia.

1

1  The undersigned is mystified at the parties' failure to discuss the aforementioned
2  reasoning. Plaintiff has presented evidence which most likely establishes that plaintiff meets
3  Listing 7.02, but for her non-compliance in the face of medical recommendation, as set forth by
4  the ALJ. The question, therefore, is whether plaintiff should have had to undergo a
5  hysterectomy, or some less invasive procedure, in order to be considered compliant with
6  recommended treatment.
7  Accordingly, IT IS ORDERED that: within fourteen days of this order, both
8  parties shall file briefing on the question of whether the ALJ's finding that plaintiff was non-
9  compliant with treatment excused the ALJ from evaluating whether plaintiff met Listing 7.02.
10 DATED: May 15, 2012

          /s/ Gregory G. Hollows
    UNITED STATES MAGISTRATE JUDGE

GGH/076
Edmondson1843.brf.wpd