1  MELINDA L. HAAG, CSBN 132612
   United States Attorney
2  DONNA CALVERT, ISBN 6191786
3  Acting Regional Chief Counsel, Region IX
   Social Security Administration
4  SUNDEEP R. PATEL, CSBN 242284
   Special Assistant United States Attorney
5          160 Spear Street, Suite 800
6          San Francisco, California 94105
           Telephone:  (415) 977-8981
7          Facsimile:  (415) 744-0134
           E-Mail: Sundeep.Patel@ssa.gov
8  Attorneys for Defendant

9
                    UNITED STATES DISTRICT COURT
10                  EASTERN DISTRICT OF CALIFORNIA

11 KAREN DENICE EDMONDSON,          )
                                    )
12         Plaintiff,                )
                                    )   Case No. 2:11-cv-01843-GGH
13                                  )
       v.                           )   STIPULATED REQUEST EXTENDING
14                                  )   TIME TO FILE DEFENDANT'S
15 MICHAEL J. ASTRUE,               )   CROSS-MOTION FOR SUMMARY
   Commissioner of Social Security  )   JUDGMENT AND IN OPPOSITION
16                                  )   TO PLAINTIFF'S MOTION FOR
                                    )   SUMMARY JUDGMENT
17         Defendant.                )
                                    )
18 _____   )

19
        The parties request that Defendant shall have an additional 15 days, to and including June 13,
20
   2012, in which to file his briefing on the question of whether the ALJ's finding that plaintiff was
21
   noncompliant with treatment excused the ALJ from evaluating whether plaintiff met Listing 7.02.
22
        Defendant seeks additional time due to his workload, which includes other upcoming depositions
23
   and a EEO hearing at the end of this month, as well as his mentoring duties.
24

25 \\\

26 \\\

27 \\\

28
   Stipulation for Extension of Time and Proposed Order            1

```
1   DATED: May 17, 2012           By:    /s/ Ann M. Cerney
                                         [Authorization by e-mail]
2                                        ANN M. CERNEY,
                                         Attorney for Plaintiff
3

4

5

6

7   Dated: May 17, 2012                  MELINDA L. HAAG
                                            United States Attorney
8                                           DONNA L. CALVERT
                                            Acting Regional Chief Counsel, Region IX
9                                           Social Security Administration

10
                                     By:  s/ Sundeep R. Patel
11                                          SUNDEEP R. PATEL
                                            Special Assistant United States Attorney
12                                          Attorneys for Defendant

13

14
    IT IS SO ORDERED:
15
    Dated : May 21, 2012
16
                                          By:   /s Gregory G. Hollows
17                                               GREGORY G. HOLLOWS
                                                 United States Magistrate Judge
18
```

Stipulation for Extension of Time and Proposed Order                                         2