MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA CALVERT, ISBN 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
SUNDEEP R. PATEL, CSBN 242284
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8981
    Facsimile: (415) 744-0134
    E-Mail: Sundeep.Patel@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN DENICE EDMONDSON,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br><br>    Defendant. | Case No. 2:11-cv-01843-GGH<br><br>STIPULATED REQUEST EXTENDING TIME TO FILE DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    The parties request that Defendant shall have an additional 15 days, to and including June 13, 2012, in which to file his briefing on the question of whether the ALJ's finding that plaintiff was noncompliant with treatment excused the ALJ from evaluating whether plaintiff met Listing 7.02.

    Defendant seeks additional time due to his workload, which includes other upcoming depositions and a EEO hearing at the end of this month, as well as his mentoring duties.

\\\

\\\

\\\

Stipulation for Extension of Time and Proposed Order       1

| | | |
|---|---|---|
| DATED: *May 17, 2012* | By: | /*s/ Ann M. Cerney* |
| | | [Authorization by e-mail] |
| | | ANN M. CERNEY, |
| | | Attorney for Plaintiff |

Dated: *May 17, 2012*    MELINDA L. HAAG
                         United States Attorney
                         DONNA L. CALVERT
                         Acting Regional Chief Counsel, Region IX
                         Social Security Administration

                    By:  *s/ Sundeep R. Patel*
                         SUNDEEP R. PATEL
                         Special Assistant United States Attorney
                         Attorneys for Defendant

IT IS SO ORDERED:

Dated : May 21, 2012

                         By:  /s Gregory G. Hollows
                         GREGORY G. HOLLOWS
                         United States Magistrate Judge

Stipulation for Extension of Time and Proposed Order              2