1  Ann M. Cerney, SBN: 068748
   Attorney at Law
2  45 Hunter Square Plaza
   Stockton, California  95202
3  Telephone: (209) 948-9384
   Facsimile:  (209) 948-0706
4
   Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

—o0o—

| | |
|---|---|
| KAREN DENICE EDMONDSON, | CASE NO. 2:11-CV-01843-GGH |
| Plaintiff, | **ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S TO THE MAGISTRATE JUDGE'S ORDER** OF **MAY 15, 2012** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the stipulation of the parties showing good cause for a requested extension of Plaintiff's time to reply to the Magistrate Judge's Order of May 15, 2012, the request is hereby APPROVED.

Plaintiff shall file her reply on or before June 18, 2012.

SO ORDERED.

DATED: May 29, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

---

1
STIPULATION AND [PROPOSED] ORDER  EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT